**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001138
05-OCT-2018
08:13 AM**

NO. CAAP-14-0001138 AND CAAP-16-0000034

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

TITLE GUARANTY ESCROW SERVICES, INC.,
a Hawaii corporation, Plaintiff-Appellee,
v.
WAILEA RESORT COMPANY, LTD., a Hawaii corporation,
Defendant/Cross-claim Defendant/Cross Claimant-Appellee
and
JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50;
DOE ENTITIES 1-50; DOE GOVERNMENTAL UNITS 1-50, Defendants
and
MICHAEL J. SZYMANSKI,
Defendant/Cross Claimant/Third-party Plaintiff/Cross-claim
Defendant/Third-party Counterclaim Defendant-Appellant
and
ADOA-SHINWA DEVELOPMENT CORPORATION, a Hawai'i corporation, and
SHINWA GOLF HAWAI'I CO., LTD., a Hawai'i corporation,
Third-party Defendants/Cross-claim Defendants/
Third-party Counterclaimants-Appellees,
and
DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 11-20; DOE
UNINCORPORATED BUSINESS ENTITIES 21-30 and JOHN DOE
INDIVIDUALS 31-40, Third-party Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 02-1-0352(2))

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Fujise, Presiding Judge, and Leonard and Reifurth, JJ.)

Upon consideration of the July 19, 2018 Motion for
Reconsideration of 6/29/2018 Summary Disposition Order filed by
Defendant/Cross Claimant/Third-party Plaintiff/Cross-claim
Defendant/Third-party Counterclaim-Defendant-Appellant Michael J.
Szymanski, the papers in support, and the records and files, it

appears that the motion is without merit.

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration of 6/29/2018 Summary Disposition Order filed on July 19, 2018, is denied.

DATED: Honolulu, Hawai'i, October 5, 2018.


On the motion:

Keith M. Kiuchi
for Defendant/Cross
Claimant/Third-party
Plaintiff/Cross-claim
Defendant/Third-party
Counterclaim-Defendant-
Appellant Michael J. Szymanski.

Presiding Judge

Associate Judge

Associate Judge